# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gershon , Nina | EDNY | 07/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ senior | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 01/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | JAMS- miscellaneous |
| 2. 2018 | pension-NYState |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. JAMS | May 3-5, 2018 | charleston, south carolina | annual meeting | room and board, transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM comon stock | A | Dividend | K | T | | | | | |
| 2. Citibank Checking | A | Interest | L | T | | | | | |
| 3. Chase CD (IRA) | A | Interest | | | Merged (with line 11) | 08/20/18 | J | A | |
| 4. MorganStanley Active (Liquid) Assets | A | Dividend | J | T | | | | | |
| 5. Kaufmann Fund | E | Dividend | N | T | | | | | |
| 6. NYS Deferred Comp | E | Int./Div. | N | T | Distributed (part) | 12/15/18 | K | A | |
| 7. NY Money Trust (MS) | A | Interest | J | T | | | | | |
| 8. Vanguard 500 (IRA) | A | Dividend | L | T | Distributed (part) | 12/14/18 | K | A | |
| 9. Vanguard GNMA Fund | B | Interest | L | T | | | | | |
| 10. Dreyfus Mun. Bond Fund | A | Interest | | | Sold | 07/26/18 | J | A | |
| 11. Vanguard GNMA (IRA) | B | Dividend | K | T | Distributed (part) | 11/15/18 | J | A | |
| 12. NYS Hsg Finance Agency Bond | A | Interest | K | T | | | | | |
| 13. Citibank Market Rate Acct | A | Interest | L | T | | | | | |
| 14. NYS TWY Auth | B | Interest | L | T | | | | | |
| 15. SuffolkCty Public Impr. Bond | B | Interest | L | T | | | | | |
| 16. Metropolitan W BE Bond | B | Interest | K | T | | | | | |
| 17. VanguardTotalBondMktIndexFund(IRA) | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NYC GO Ser L Bond | B | Interest | | | Sold | 04/02/18 | L | A | |
| 19. NYS Dorm Auth Bond | B | Interest | K | T | | | | | |
| 20. NYC Mun Water Bond | A | Interest | K | T | | | | | |
| 21. MTA NY Trans Bond | A | Interest | K | T | | | | | |
| 22. NYC Dorm Auth | B | Interest | K | T | | | | | |
| 23. Vanguard 500 | D | Dividend | N | T | | | | | |
| 24. Nuveen Pre Inc Muni Fd | A | Interest | J | T | | | | | |
| 25. Tribrg Tunl A | B | Interest | | | Sold | 05/15/18 | K | A | |
| 26. PtAuth NY&NJ | B | Interest | K | T | | | | | |
| 27. NYS GOB-E | A | Interest | K | T | | | | | |
| 28. NYC TFA Fiscal | B | Interest | K | T | | | | | |
| 29. Vanguard SEP (IRA)(Total Intern'l Stock Index Fund) | A | Interest | N | T | Buy (add'l) | 01/30/18 | K | | |
| 30. | | | | | Buy (add'l) | 04/08/18 | K | | |
| 31. | | | | | Buy (add'l) | 07/28/18 | K | | |
| 32. Vanguard Ext.Mkt.IndexFund | A | Dividend | K | T | | | | | |
| 33. Vanguard Total Int'l Stock Index Fund | B | Dividend | K | T | | | | | |
| 34. MinisinkVYCentSchDist | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. StatePubSchBldgAuth PACollege | A | Interest | K | T | | | | | |
| 36. NYS Dorm Auth | B | Interest | L | T | | | | | |
| 37. WesternNassauCty WtrAuth | B | Interest | L | T | | | | | |
| 38. Western InterMuni FD | B | Interest | K | T | | | | | |
| 39. Vanguard 500 | A | Dividend | K | T | | | | | |
| 40. Triboro Bridge Tunnel | C | Interest | L | T | | | | | |
| 41. NY Convention Ctr Dev Corp | A | Interest | K | T | | | | | |
| 42. NYC NY TransFinAuth | B | Interest | K | T | | | | | |
| 43. NYC GOB Ser-I-1 | A | Interest | L | T | | | | | |
| 44. NYC Mun Water Finance | A | Interest | K | T | | | | | |
| 45. JAMS | | None | M | T | | | | | |
| 46. NYC GOB Ser1-1 | A | Interest | K | T | | | | | |
| 47. NYC Mun Water Finance Secd genl res rev-HH | A | Interest | K | T | | | | | |
| 48. NYC Transitional Fin Auth | A | Interest | K | T | | | | | |
| 49. JPMorganChase Checking Acct | A | Interest | L | T | | | | | |
| 50. NYC TransFinAuthBldgAidRev | A | Interest | M | T | Buy | 11/19/18 | M | | |
| 51. NYC TransFinAuthBldgAidRev | A | Interest | J | T | Buy | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DutchessCty FinFutureIssue | A | Interest | K | T | Buy | 05/14/18 | K | | |
| 53. MonroeCtyNY IndlDevCorpRev | A | Interest | L | T | Buy | 01/31/18 | L | | |
| 54. NYC MunFinWater Auth | A | Interest | M | T | Buy | 04/18/18 | M | | |
| 55. NY ConventionCtrDevCorp | A | Interest | L | T | Buy | 06/28/18 | L | | |
| 56. NY ConventionCtrDevCorp | A | Interest | M | T | Buy | 10/04/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 07/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 49:  there were previously no  reportable assets in this account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nina Gershon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544